FILED 05 DEC '13 07:35 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:13-cr-00585-HZ |
| v. | INDICTMENT |
| MICHAEL O'DELL NEWCOMB, | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 853 |
| Defendant. | |

THE GRAND JURY CHARGES:

Count 1:
[Possession with the Intent to Distribute Heroin]

On or about September 26, 2012, in the District of Oregon, **MICHAEL O'DELL NEWCOMB**, defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing heroin, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

Count 2:
[Possession with the Intent to Distribute Methamphetamine]

On or about September 26, 2012, in the District of Oregon, **MICHAEL O'DELL NEWCOMB**, defendant herein, did knowingly and intentionally possess with intent to distribute

a quantity of a mixture and substance containing methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### Criminal Forfeiture Allegation:
### [Narcotics Offense]

Upon conviction of a controlled substance offense listed above in Count 1 and 2, **MICHAEL O'DELL NEWCOMB**, defendant herein, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

DATED this 4th day of December 2013.

A TRUE BILL.


OFFICIATING FOREPERSON


Presented by:

S. AMANDA MARSHALL, OSB # 953473
United States Attorney
District of Oregon

SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney

**Indictment**  Page 2